UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 20-7560-DMG (KSx)** | Date | August 26, 2020 |
|---|---|---|---|
| Title | *Masreshaw Ayele, et al. v. Aerovias de Mexico, S.A., de C.V., et al.* | Page | 1 of 2 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS — ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AS MOOT [1]**

On August 13, 2018, Plaintiffs Masreshaw Ayele and Marquita Tekoya Kersh filed a Complaint in *Ayele v. Federal Aviation Administration, et al.*, CV 18-6933-DMG ("*Ayele I*"), alleging various claims arising out of a collision at Los Angeles International Airport. [*Ayele I*, Doc. # 1.] Defendants in *Ayele I* included Aerovias de Mexico, S.A., de C.V., also known as Aeromexico Airlines. *See id.* On July 27, 2020, the Court stayed *Ayele I* as to Aeromexico in light of the filing of Aeromexico's Chapter 11 bankruptcy petition and the automatic stay provisions set forth in 11 U.S.C. § 362(a)(1). [*Ayele I*, Doc. # 53.] On August 21, 2020, Plaintiffs Ayele and Kersh filed a request for voluntary dismissal of *Ayele I* pursuant to Federal Rule of Civil Procedure 41(a)(2). [*Ayele I*, Doc. # 54.] In making their request for voluntary dismissal, Plaintiffs stated that "Plaintiffs have now received the settlement funds from [Defendant] Aeromexico. Having finalized their settlement with Aeromexico, and having previously dismissed all other defendants, Plaintiffs now request that the Court dismiss their Complaint." *Id.* at 2. On August 26, 2020, the Court granted Plaintiffs' request for voluntary dismissal and dismissed *Ayele I* in its entirety, including all claims against Defendant Aeromexico Airlines. [*Ayele I*, Doc. # 55.]

On July 14, 2020, Plaintiffs Masreshaw Ayele and Marquita Tekoya Kersh filed the instant civil action in Los Angeles Superior Court against Aeromexico and its counsel seeking damages for fraud/intentional misrepresentation, conspiracy, breach of contract and conversion related to the settlement of Plaintiffs' claims against Aeromexico in *Ayele I*. [*See* Doc. # 11.] On August 20, 2020, Defendant Aeromexico removed the action to this Court. [Doc. # 1.]

Plaintiffs are **ORDERED TO SHOW CAUSE** in writing by no later than **September 2, 2020** why this action should not be dismissed as moot in light of Plaintiffs' finalized settlement with Aeromexico and acknowledged receipt of settlement funds. [*See Ayele I*, Doc. # 54 at 2.] *See also Ecological Rights Found. v. Pac. Lumber Co.,* 230 F.3d 1141, 1153 (9th Cir. 2000)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-7560-DMG (KSx) | Date | August 26, 2020 |
|---|---|---|---|
| Title | *Masreshaw Ayele, et al. v. Aerovias de Mexico, S.A., de C.V., et al.* | Page | 2 of 2 |

("An action becomes moot if the controversy is no longer live because an event occurs that precludes the court from ordering effective relief.").

  IT IS SO ORDERED.